Kevin E. Gilbert, Esq. (SBN: 209236)
kgilbert@ohhlegal.com
Carolyn M. Aguilar, Esq. (SBN: 289550)
caguilar@ohhlegal.com
**ORBACH HUFF + HENDERSON LLP**
6200 Stoneridge Mall Road, Suite 225
Pleasanton, California 94588
Telephone:   (510) 999-7908
Facsimile:   (510) 999-7918

Attorneys for Defendant
AMY WAKELAND

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERMAN MANNING, an individual,<br><br>Plaintiff,<br><br>v.<br><br>AMY WAKELAND, an individual, Sergeant SMITH, an individual, CITY OF LOS ANGELES; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.  21-cv-08358-FMO-KS<br><br>**DECLARATION OF DEFENDANT AMY WAKELAND IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT AND SPECIAL MOTION TO STRIKE, PURSUANT TO CALIFORNIA CODE OF CIVIL PROCEDURE SECTION 425.16**<br><br>DATE:    November 30, 2022<br>TIME:    10:00 a.m.<br>DEPT:    Courtroom 580, 5th Floor<br>JUDGE:   Magistrate Karen L. Stevenson |

Dec of Def Amy Wakeland ISO MSJ and Motion to Strike [21-cv-8358-FMO-KS]

I, Amy Wakeland, testify as follows:

1. I have personal knowledge of the matters set forth herein below and if called upon to testify, I will competently testify thereto.

2. At no time either prior to or during April of 2020 (when the incidents giving rise to this litigation occurred) was I ever an employee of the City of Los Angeles or the Los Angeles Police Department.

3. At all relevant times during April of 2020, I was married to Mr. Eric Garcetti, who is currently and was at that time the Mayor of Los Angeles. Appurtenant to his position as the Mayor, our family was allowed to and did reside at the Getty House, which is located at 605 South Irving Boulevard in Los Angeles, and serves as the official residence for the Mayor of Los Angeles.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 26 th day of October, 2022, in Los Angeles, California.

_Amy Wakeland (Oct 26, 2022 01:49 PDT)_
AMY WAKELAND

- 1 -
Dec of Def Amy Wakeland ISO MSJ and Motion to Strike [21-cv-8358-FMO-KS]