**EVERETT DOREY LLP**
Seymour B. Everett, III, SBN 223441
  severett@everettdorey.com
Samantha E. Dorey, SBN 281006
  sdorey@everettdorey.com
Christopher D. Lee, SBN 280738
  clee@everettdorey.com
18300 Von Karman Avenue, Suite 900
Irvine, California 92612
Phone: 949-771-9233
Fax: 949-377-3110

Attorneys for Defendant SERGEANT SMITH

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SHERMAN MANNING, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>AMY WAKELAND, an individual, Sergeant SMITH, an individual, CITY OF LOS ANGELES; and DOES 1 through 10, inclusive,<br><br>Defendants. | **Case No. 2:21-cv-08358-FMO-KS**<br>Assigned to Hon. Fernando M. Olguin<br><br>**[PROPOSED] JUDGMENT** |

## JUDGMENT

Defendant Sergeant Smith's ("Sergeant Smith") Motion for Summary Judgment came on regularly for hearing in Courtroom 580 of the above-entitled Court, located at Roybal Federal Building and Courthouse, 255 E. Temple St., Los Angeles, CA 90012, the Honorable Karen L. Stevenson presiding.

After consideration of the evidence, points and authorities, separate statements filed by the parties in support of and in opposition to the Motion, this Court finds that there is no triable issue of material fact as to any claim alleged by Plaintiff Sherman Manning ("Plaintiff") against Sergeant Smith and that Sergeant

1 | Smith is entitled to judgment as a matter of law.

2 | **IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT**

3 | Sergeant Smith's Motion for Summary Judgment is GRANTED and that Plaintiff

4 | take nothing, that the action be dismissed on the merits, and that Sergeant Smith

5 | shall recover from Plaintiff the costs of suit as to be proven according to the Federal

6 | Rules of Civil Procedure.

8 | Dated: _____

                                            Hon. Karen L. Stevenson
                                            Magistrate Judge

EVERETT DOREY LLP
Attorneys at Law
18300 VON KARMAN AVENUE, SUITE 900
IRVINE, CALIFORNIA 92612
TELEPHONE 949-771-9233 ♦FAX 949-377-3110

File No. 1081-09

# PROOF OF SERVICE

**Manning v. Wakeland**
**Case No. 2:21-cv-08358-FMO-KS**

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is 18300 Von Karman Avenue, Suite 900, Irvine, CA 92612.

On October 26, 2022, I served true copies of the following document(s) described as:

**[PROPOSED] JUDGMENT**

I served the documents on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 26, 2022, at Irvine, California.

                                                /s/ Kristal N. Mauro
                                                Kristal N. Mauro

File No. 1081-09

**SERVICE LIST**
**Manning v. Wakeland**
**Case No. 2:21-cv-08358-FMO-KS**

| | |
|---|---|
| Humberto M. Guizar, Esq., (SBN 125769) <br> hguizar@ghclegal.com <br> Christian Contreras, Esq., (SBN 330269) <br> ccontreras@ghclegal.com <br> THE LAW OFFICES OF HUMBERTO GUIZAR <br> A PROFESSIONAL CORPORATION <br> Justice X Building <br> 3500 W. Beverly Blvd., <br> Montebello, California 90640 <br> Telephone: (323) 725-1151 <br> Facsimile: (323) 597-0101 | ***Attorneys for Plaintiff,*** <br> **SHERMAN MANNING** |
| Ronald J. Scholar, Esq. (SBN 187948) <br> COLE HUBER LLP <br> 2281 Lava Ridge Court, Suite 300 <br> Roseville, CA 95661 <br> T: 916-780-9009 <br> Fax: 916-780-9050 <br> Email: rscholar@colehuber.com | ***Attorneys for Defendant,*** <br> **CITY OF LOS ANGELES** |
| Kevin E Gilbert <br> Orbach Huff and Henderson LLP <br> 6200 Stoneridge Mall Road Suite 225 <br> Pleasanton, CA 94588 <br> 510-999-7908 <br> 510-999-7918 (fax) <br> kgilbert@ohhlegal.com | ***Attorney for Defendant*** <br> AMY WAKELAND |

EVERETT DOREY LLP
Attorneys at Law
18300 VON KARMAN AVENUE, SUITE 900
IRVINE, CALIFORNIA 92612
TELEPHONE 949-771-9233 ♦ FAX 949-377-3110

4881-0931-2060.1

-2-

2:21-cv-08358-FMO-KS

PROOF OF SERVICE