UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  CV 21-8358-FMO-KS                                                                 Date: November 30, 2022

Title  <u>Sherman D. Manning v. City of Los Angeles et al.</u>

Present: The Honorable:   Karen L. Stevenson, United States Magistrate Judge

| Gay Roberson | Zoom VTC-CS-11/30/2022 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:
**Humberto M Guizar**

Attorneys Present for Defendants:
**Christopher Lee**
**Ronald J. Scholar**

**Proceedings:  MINUTES OF HEARING RE:  (1) DEFENDANT'S MOTION OF CITY OF LOS ANGELES FOR TOTAL/PARTIAL SUMMARY JUDGMENT [Dkt No. 46], and (2) DEFENDANT SERGEANT SMITH'S  MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE PARTIAL SUMMARY JUDGMENT [Dkt No. 47]**

   Case called.  Counsel made their appearances.  The Court hears oral argument.  After further discussion with counsel, the Court takes the matter under submission.  An Order will issue.

:50 mins

**Initials of Preparer**   gr