Humberto M. Guizar, Esq., (SBN 125769)
 *hguizar@ghclegal.com*
Christian Contreras, Esq., (SBN 330269)
 *ccontreras@ghclegal.com*
**THE LAW OFFICES OF HUMBERTO GUIZAR**
**A PROFESSIONAL CORPORATION**
Justice X Building
3500 W. Beverly Blvd.,
Montebello, California 90640
Telephone: (323) 725-1151
Facsimile: (323) 597-0101

Attorneys for Plaintiff,
SHERMAN MANNING

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHERMAN MANNING, an individual, <br><br> Plaintiff, <br><br> v. <br><br> AMY WAKELAND, an individual, CITY OF LOS ANGELES; and DOES 1 through 10, inclusive, <br><br> Defendants | **Case No.: 2:21-cv-08358-FMO-KS** <br> *[Hon. Fernando M. Olguin* <br> *Hon. Karen L. Stevenson]* <br><br> **NOTICE OF SETTLEMENT** |

**TO THE COURT, THE CLERK, ALL PARTIES, AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff SHERMAN MANNING and Defendants CITY OF LOS ANGELES and Sergeant SMITH hereby give notice pursuant to Local Rules 16-15.7 and 40.2 that Plaintiff and all Defendants have

settled this case as to all parties and all claims for relief, inclusive of attorney's fees, costs and liens.

The parties will now be in the process of drafting and signing appropriate settlement agreements and documents. After the payment of the settlement funds, the parties thereafter expect to file a Stipulation for Dismissal with prejudice pursuant to Federal Rule of Civil Procedure Section 41(a)(1)(A)(ii).

Dated: January 4, 2023         **LAW OFFICES OF HUMBERTO GUIZAR**
                                **A PROFESSIONAL LAW CORPORATION**


                                By: _____
                                    CHRISTIAN CONTRERAS
                                    Attorney for Plaintiff
                                    SHERMAN MANNING

Dated: January 4, 2023         **COLE HUBER LLP**


                                By: /s/ *Ronald J. Scholar*
                                    Ronald J. Scholar
                                    Attorneys for Defendant
                                    CITY OF LOS ANGELES

Dated: January 4, 2023         **EVERETT DOREY LLP**


                                By: /s/ *Christopher D. Lee*
                                    Christopher D. Lee
                                    Attorneys for Defendant SERGEANT SMITH

Pursuant to Local Rule 5-4.3.4, I, Christian Contreras, attest that all other signatories listed herein authorized this filing.

Dated: January 4, 2023

**LAW OFFICES OF HUMBERTO GUIZAR**
**A PROFESSIONAL LAW CORPORATION**

By: _____
CHRISTIAN CONTRERAS
Attorney for Plaintiff
SHERMAN MANNING