# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SHERMAN D. MANNING,** | **NO. CV 21-8358 FMO (KS)** |
| **Plaintiff,** | |
| **v.** | **ORDER OF DISMISSAL** |
| **CITY OF LOS ANGELES, et al.,** | |
| **Defendants.** | |

Based on the parties' stipulation, and good cause appearing, this matter is DISMISSED with prejudice.  The Clerk of the Court is directed to enter judgment accordingly.  Each party to bear its own costs, expenses and fees.  All pending dates and deadlines in this matter are hereby vacated and all motions are terminated.

DATED:  March 29, 2023

/s/
_____
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE