J S - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SHERMAN D. MANNING,** ) | **NO. CV 21-8358 FMO (KS)** |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **JUDGMENT** |
| ) | |
| **CITY OF LOS ANGELES, et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| _____ ) | |

Pursuant to the Court's Order of Dismissal, IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: March 29, 2023

_____
/s/

FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE